19543. BUCHANNON *v.* THE STATE.

LUKE, J. The bill of exceptions was filed in the office of the clerk of the trial court on August 14, 1928, and was transmitted to the clerk of this court and filed in his office on January 30, 1929. Under the ruling in *Barnhart* v. *Atlanta &c. R. Co.*, 133 *Ga.* 59 (65 S. E. 138), this court has no jurisdiction of the case, and the bill of exceptions must be dismissed.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 14, 1929.

*A. R. Ross, L. C. Harrell, W. A. Wooten,* for plaintiff in error.
*M. H. Boyer, solicitor-general,* contra.